1  KATHLEEN V. FISHER, ESQ. (SBN 70838)
   kfisher@calvofisher.com
2  RODNEY J. JACOB, ESQ. (SBN 146428)
   rjacob@calvofisher.com
3  ALEXANDER M. FREEMAN (SBN 237811)
   afreeman@calvofisher.com
4  CALVO FISHER & JACOB LLP
   Attorneys at Law
5  555 Montgomery Street, Suite 1155
   San Francisco, CA 94111
6  Telephone: (415) 374-8370
7  Facsimile: (415) 374-8373
8
   Attorneys for Shane Claridge Kelley,
9  as Trustee of Thomas F. White 1991 Trust,
   and Jack Eugene Teeters
10

11                    UNITED STATES DISTRICT COURT
12                   NORTHERN DISTRICT OF CALIFORNIA

13  THOMAS F. WHITE 1991 TRUST,              Case No. 3:17-cv-03177-WHA
14                     Plaintiff,
15                                           STIPULATION RE: ATTORNEY'S FEES
16         v.
17  DAVID WILLIAM CONNELL, et al.,           Hon. William H. Alsup
18                     Defendants.
19
20
21
22
23
24
25
26
27
28

Shane Claridge Kelley, previously known as Shane Claridge White ("Shane"), Trustee of the Thomas F. White 1991 Trust dated July 17, 1991 as amended and restated (the "Trust"), and David Connell, CBPV LLC and ATS LLC (collectively, "Defendants"), through their duly appointed representatives, hereby enter into the following stipulation:

Whereas, on August 17, 2017, the Court issued an Order Re Attorney's Fees and Costs, which awarded the Trust its fees relating to the Trust's motion to remand granted by the Court on August 17, 2017 (Dkt. No. 35);

Whereas, on August 31, 2017, pursuant to the Court's Order Re Attorney's Fees and Costs, the Trust filed the Declaration of Kathleen V. Fisher Re: Attorney's Fees (Dkt. No. 39, "Fisher Declaration");

Whereas, on September 14, 2017, Defendants filed the Declaration of William A. Cohan in Opposition to Declaration of Kathleen V. Fisher Re: Attorney's Fees, objecting to certain entries in the Fisher Declaration ("Fee Objection," Dkt. No. 42);

Whereas, on September 19, 2017, the Court issued its Order Re Fee Objections (Dkt. No. 43), addressing certain objections by defendants; and

Whereas, pursuant to the Court's Order Re Attorney's Fees and Costs, counsel for the parties met and conferred in person on September 27, 2017 regarding the Defendants' remaining objections to the fee entries set forth in the Fisher Declaration;

IT IS STIPULATED that:

In satisfaction of its obligations pursuant to the Court's Order Re Attorney's Fees and Costs, Defendants agree to pay $40,000.00 to Shane Kelley, Trustee of the Thomas F. White 1991 Trust.

//
//
//
//
//
//

**STIPULATION RE: ATTORNEY'S FEES**
Case No. 3:17-cv-03177-WHA

Dated: September 27, 2017

RESPECTFULLY SUBMITTED,

CALVO FISHER & JACOB LLP
Attorneys for Shane C. Kelley, Trustee of Thomas F.
White 1991 Trust

Rodney J. Jacob

WILLIAM A. COHAN, P.C.
Attorneys for David Connell, CBPV LLC and ATS LLC

William A. Cohan

**STIPULATION RE: ATTORNEY'S FEES**
Case No. 3:17-cv-03177-WHA

KATHLEEN V. FISHER, ESQ. (SBN 70838)
kfisher@calvofisher.com
RODNEY J. JACOB, ESQ. (SBN 146428)
rjacob@calvofisher.com
ALEXANDER M. FREEMAN (SBN 237811)
afreeman@calvofisher.com
CALVO FISHER & JACOB LLP
Attorneys at Law
555 Montgomery Street, Suite 1155
San Francisco, CA 94111
Telephone: (415) 374-8370
Facsimile: (415) 374-8373

Attorneys for Plaintiffs/Petitioners
Shane Claridge Kelley,
as Trustee of Thomas F. White 1991 Trust,
and Jack Eugene Teeters

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS F. WHITE 1991 TRUST<br><br>Plaintiff,<br><br>v.<br><br>DAVID WILLIAM CONNELL, et al.,<br><br>Defendants. | Case No. 3:17-cv-03177-WHA<br><br>**[PROPOSED] ORDER APPROVING STIPULATION RE: ATTORNEY'S FEES**<br><br>Hon. William H. Alsup |

On August 17, 2017, the Court issued its Order Re Attorney's Fees and Costs, which awarded the Plaintiff Thomas F. White 1991 Trust dated July 17, 1991 as amended and restated ("Trust") its fees relating to its motion to remand granted by the Court on August 17, 2017. After the Trust's counsel submitted a fee declaration, and Defendants' counsel submitted objections, the Court on September 19, 2017 issued its Order Re Fee Objections (Dkt. No. 43), disposing of certain objections made by Defendants. The parties thereafter met and conferred regarding Defendants' remaining objections, which led to the Stipulation Re: Attorney's Fees, filed with the Court on September 27, 2017.  Good cause appearing therefor:

IT IS HEREBY ORDERED that the Stipulation Re: Attorney's Fees is approved.


Dated: ___September 28,_____, 2017

_____
HON. WILLIAM H. ALSUP
JUDGE OF THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA